UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CASTLE, SR. and KENNETH CASTLE, Individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, DONALD NELSON, JERRY TIEN,<br><br>Defendants. | Case No.: **CV12-3951 DMG (AGRx)**<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [29]** |

IT HEREBY IS ORDERED that this lawsuit be dismissed with prejudice, pursuant to Fed. R.Civ. P. 41(a)(1)(A)(ii), as to Defendants COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, DONALD NELSON, JERRY TIEN.

Dated: December 5, 2013

_____
Dolly M. Gee
United States District Judge